IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ELLIOTT FIELDS,

    Petitioner,                    No. CIV S-04-0454 FCD JFM P

    vs.

AL K. SCRIBNER, et al.,

    Respondents.               <u>ORDER</u>

_____/

        Petitioner is proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The San Joaquin County Superior Court has now submitted a copy of the transcript from the <u>Marsden</u> hearing held February 1, 2000. Good cause appearing therefor, the Clerk of the Court will be directed to send copies of the transcript to petitioner and counsel for respondents. Petitioner will be granted an additional thirty days in which to file a traverse, if any. Petitioner is reminded that he has been on notice as of July 1, 2004 of the time prescribed for filing a traverse, so the court will not be inclined to grant further extensions of time. Finally, respondents' reply to the traverse, if any, shall be filed fifteen days thereafter.

        IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall serve a copy of the February 1, 2000 transcript on petitioner and counsel for respondents.

/////

1

2. Within thirty days from the date of this order, petitioner shall file his traverse, if any. No further extensions of time will be granted.

3. Fifteen days thereafter, respondents shall file a reply to the traverse, if any.

DATED: February 7, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

/001; fiel0454.fb2