IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ELLIOTT FIELDS,

    Petitioner,               No. CIV S-04-0454 FCD JFM P

    vs.

AL K. SCRIBNER, et al.,

    Respondents.           ORDER

                                    /

        Petitioner has filed a second request for an extension of time to file and serve objections to the April 26, 2007 findings and recommendations. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Petitioner's June 15, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file and serve objections to the April 26, 2007 findings and recommendations. No further extensions of time will be granted.

DATED: June 21, 2007.

                                                  UNITED STATES MAGISTRATE JUDGE

/mp;001;fiel0454.111sec