IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN ELLIOTT FIELDS,

    Petitioner,                    No. CIV S-04-0454 FCD JFM P

    vs.

AL K. SCRIBNER, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On April 26, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  After receiving two extensions of time, petitioner was granted an extension of time until October 23, 2007 in which to file objections.  That date has now passed and neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1

1.  The findings and recommendations filed April 26, 2007, are adopted in full; and

2.  Petitioner's application for a writ of habeas corpus is denied.

DATED: October 30, 2007.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE